# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>LANCE WILLIAMS<br><br>v.<br><br>RESURRECTION HEALTH CARE | Case Number:<br><br>FILED: MAY 02, 2008<br>08CV2508 RCC<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LANCE WILLIAMS

| | |
|---|---|
| NAME (Type or print)<br>Darren A. Bodner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Darren A. Bodner | |
| FIRM<br>Lisa Kane & Associates, P.C. | |
| STREET ADDRESS<br>120 South LaSalle Street, Suite 1420 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06289083 | TELEPHONE NUMBER<br>312-606-0383 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |