IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LANCE WILLIAMS, | |
| Plaintiff, | |
| v. | No. 08CV2508 |
| RESURRECTION HEALTH CARE, | Judge Gottschall |
| Defendant. | Magistrate Judge Denlow |

## MOTION FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING

Defendant, Resurrection Health Care, by its attorneys, moves for an extension of ten days, to and including, June 6, 2008, to file its responsive pleading. In support, Defendant states that it was served with the Complaint on May 7, 2008 and immediately retained undersigned counsel; counsel has begun investigating the complaint allegations; and counsel needs the additional time to complete their investigation and prepare a responsive pleading.

- 2 -

Wherefore, Defendant, requests an extension to and including June 6, 2008 to file a responsive pleading.

Respectfully submitted,

RESURRECTION HEALTH CARE

By: s/ Bruce R. Alper
       One of Their Attorneys

Bruce R. Alper, Bar No. 03122801
Megan Crowhurst, Bar No. 06289289
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
Dated: May 27, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing MOTION FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING to be served upon:

Lisa Kane
Lisa Kane & Associates, P.C.
120 South LaSalle Street, Suite 1420
Chicago, IL  60603

by electronic means on May 27, 2008

                                            s/ Bruce R. Alper
                                            Bruce R. Alper