IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LANCE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RESURRECTION HEALTH CARE,<br><br>　　　　Defendant. | No. 08CV2508<br><br>Judge: Joan B. Gottschall |

## NOTICE OF MOTION

To:　Lisa Kane
　　　Lisa Kane & Associates, P.C.
　　　120 South LaSalle Street, Suite 1420
　　　Chicago, IL  60603

　　On June 5, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2325, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached Motion For Additional Time To File Responsive Pleading.

　　　　　　　　　　　　　　　　　　　　　　　　RESURECTION HEALTH CARE


　　　　　　　　　　　　　　　　　　　　　　　　By: s/ Bruce R. Alper
　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Bruce R. Alper
Megan J. Crowhurst
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500

Dated:  May 27, 2008

CHICAGO/#1792022.1

## CERTIFICATE OF SERVICE

    The undersigned certifies that he caused copies of the foregoing Notice of Motion to be served upon:

Lisa Kane
Lisa Kane & Associates, P.C.
120 South LaSalle Street, Suite 1420
Chicago, IL  60603

by electronic means on May 27, 2008.

                                              s/ Bruce R. Alper
                                              Bruce R. Alper