IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>RESURRECTION HEALTH CARE,<br><br>    Defendant. | <br><br><br><br>No. 08CV2508<br><br><br>Judge Gottschall<br><br>Magistrate Judge Denlow |

## NOTICE OF FILING

To:   Lisa R. Kane
      Lisa Kane & Associates
      120 South LaSalle Street
      Suite 1420
      Chicago, IL  60603

   PLEASE TAKE NOTICE that on June 6, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached Answer, a true and correct copy of which is herewith served upon you.

                                        RESURRECTION HEALTH CARE


                                        By:  s/ Bruce R. Alper
                                             One of Its Attorneys


Bruce R. Alper, Bar No. 03122801
Megan Crowhurst, Bar No. 06289289
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Dated: June 6, 2008

CHICAGO/#1800308.1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that true and correct copies of the foregoing Answer were served on

>Lisa R. Kane
>Lisa Kane & Associates
>120 South LaSalle Street
>Suite 1420
>Chicago, IL  60603

by electronic means and by depositing the same in the U.S. mail, first-class postage prepaid, at

222 North LaSalle Street, Chicago, Illinois 60601-1003 by 5:00 p.m. on June 6, 2008.

>                                   s/ Bruce R. Alper