IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LANCE WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>RESURRECTION HEALTH CARE,<br><br>      Defendant. | No. 08CV2508<br><br>Judge Gottschall<br><br>Magistrate Judge Denlow |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Resurrection Health Care, pursuant to Local Rule 3.2, states that it has no parent corporation and that no publicly held company owns 10% or more of its stock

                                              Respectfully submitted,

                                              RESURRECTION HEALTH CARE

                                              By:  s/ Bruce R. Alper
                                                            One of Its Attorneys

Bruce R. Alper, Bar No. 03122801
Megan Crowhurst, Bar No. 06289289
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Dated: June 20, 2008

- 2 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that true and correct copies of the foregoing Corporate Disclosure Statement were served on

    Lisa R. Kane
    Lisa Kane & Associates
    120 South LaSalle Street
    Suite 1420
    Chicago, IL  60603

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 by 5:00 p.m. on June 20, 2008.

                                        s/ Bruce R. Alper