IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LANCE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 08 C 2508 |
| v. | ) | |
| | ) | Hon. Joan B. Gottschall |
| RESURRECTION HEALTH CARE, | ) | Judge Presiding |
| | ) | Magistrate Judge Denlow |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiff, LANCE WILLIAMS, by his attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, RESURRECTION HEALTH CARE, by its attorney, BRUCE R. ALPER of VEDDER PRICE, P.C., that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: August 25, 2008

| | |
|---|---|
| LANCE WILLIAMS, | RESURRECTION HEALTH CARE, |
| | |
| By /s/ Lisa Kane | By /s/ Bruce R. Alper (by consent) |
| LISA KANE | BRUCE R. ALPER |
| LISA KANE & ASSOCIATES, P.C. | VEDDER PRICE, P.C. |
| Attorney for Plaintiffs | Attorney for Defendant |
| 120 South LaSalle Street | 222 North LaSalle Street |
| Suite 1420 | Chicago, Illinois 60601 |
| Chicago, Illinois 60603 | (312) 609-7500 |
| (312) 606-0383 | |
| ATTORNEY CODE NO. 06203093 | |