IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LANCE WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | NO. 08 C 2508 |
| v. | ) | |
| | ) | Hon. Joan B. Gottschall |
| **RESURRECTION HEALTH CARE,** | ) | Judge Presiding |
| | ) | Magistrate Judge Denlow |
| **Defendant.** | ) | |

**NOTICE OF FILING**

TO:   Bruce R. Alper, Esquire
    Vedder, Price, P.C.
    222 North LaSalle Street, Suite 2600
    Chicago, Illinois 60603

    Please take notice that the 25th day of August, 2008, the Stipulation to Dismiss with Prejudice was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

/s/ Lisa Kane
Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
 Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

**PROOF OF SERVICE**

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 25th day of August, 2008, before the hour of 5:00 P.M.

/s/ Lisa Kane