**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**


Lance Williams

                              Plaintiff,

v.                                                      Case No.: 1:08–cv–02508
                                                        Honorable Joan B. Gottschall

Resurrection Health Care

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, August 26, 2008:


        MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to Stipulation to
Dismiss with Prejudice [21], this case is dismissed with prejudice pursuant to Rule
41(a)(1), all parties to bear their own costs and fees. All pending dates are terminated as
moot. Civil case terminated. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.